**John Henry JOHNSON, Plaintiff–Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 02–7387.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 29, 2003.

Decided Feb. 27, 2003.

John Henry Johnson, Appellant Pro Se.

Before WILKINS, Chief Judge, MOTZ, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

John Henry Johnson seeks to appeal the district court's orders denying relief on his Fed.R.Civ.P. 60(b) motion, which the district court construed as a petition filed under 28 U.S.C. § 2254 (2000), and denying his motion for reconsideration. We have reviewed the record and conclude on the reasoning of the district court that Johnson has not made a substantial showing of the denial of a constitutional right. *See Johnson v. United States,* No. CA–99–892–7 (W.D.Va. June 20, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*